DAVID READY, Respondent, *v.* J. L. FULTON COMPANY, Appellant.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See 179 N. Y. 399.)